IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DON MCMASTER, Individually
and on Behalf of the Estate of Deborah
Wynne McMaster and His Minor Children,
A.C.M. and E.C.M.                                                                                  PLAINTIFF

V.                          CASE NO. 4:12-cv-4020

UNITED STATES OF AMERICA                                                                DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal signed by all parties. ECF No. 12. The parties stipulate that this matter should be dismissed with prejudice with each party to bear their own costs. Upon consideration of the instant Stipulation of Dismissal, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE** with each party to bear their own costs.

**IT IS SO ORDERED**, this 30th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge